In re WATER SUPPLY IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the application of the city of New York to acquire certain real estate at Massapequa, in the towns of Hempstead and Oyster

Bay, in the county of Nassau, for purposes of water supply. No opinion. Motion granted. The order will be resettled by adding thereto the words, "upon the evidence already adduced before them and such further evidence as may be received in respect to the land of the respondent." See, also, 119 App. Div. 74, 103 N. Y. Supp. 911.